UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD HOEGEMANN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Case No. 3:16-cv-1460(VAB) |
| DONATO PALMA, ET AL.,<br>    Defendants. | :<br>:<br>: |

## **RULING ON PENDING MOTION**

Plaintiff, Richard Hoegemann, is incarcerated at the Corrigan-Radgowski Correctional Institution. On February 2, 2017, the Court denied Mr. Hoegemann's motion for appointment of counsel without prejudice because he had made insufficient efforts to secure representation or assistance on his own, in part because he had yet to show that he had contacted the Inmates' Legal Assistance Program. *See* Initial Review Order at 25-26, ECF No. 8; ECF No. 9. Mr. Hoegemann has now filed a motion for reconsideration asking the Court to reconsider appointing him *pro bono* counsel. ECF No. 10.

Mr. Hoegemann's motion for reconsideration states that, in September 2015, he contacted the Inmates' Legal Aid Program. *See* Motion at 1, ECF No. 10. On October 21, 2015, an attorney from the Program indicated by letter that he could not assist Mr. Hoegemann with this case. The attorney did, however, recommend another lawyer in New Haven, Connecticut who could possibly assist Mr. Hoegemann. *See* 10/21/2015 Letter, ECF No. 10 at 3. Mr. Hoegemann's current motion does not indicate whether he made any attempt to contact that other attorney prior to filing his renewed motion for counsel. Motion at 1. As a result, Mr. Hoegemann's attempts to secure counsel are not sufficient to demonstrate to the

1

Court that he cannot obtain legal assistance on his own.

The possibility that Mr. Hoegemann may be able to secure legal assistance independently precludes appointment of counsel by the Court at this time. Mr. Hoegemann's Motion to Reconsider Appointing Counsel, **ECF No. 10**, is **DENIED** without prejudice to renewal at a later stage of the litigation.

SO ORDERED at Bridgeport, Connecticut this 10th day of April, 2017.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE